UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRETT LANG** | * | **CIVIL ACTION No.:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **ABC INSURANCE COMPANY,** | * | **MAG. JUDGE** |
| **PROGRESSIVE COUNTY MUTUAL** | * | |
| **INSURANCE COMPANY, GREYHOUND** | * | **JURY TRIAL** |
| **LINES, INC., DONALD W. FLEMING AND** | * | |
| **EUGENE BURLEIGH, III** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendants, Greyhound Lines, Inc. and Donald W. Fleming (hereinafter referred to as "Greyhound"), who, pursuant to 28 U.S.C. 1332 and 1446(b), seeks removal of this matter and respectfully avers as follows:

I.

This litigation arises out of a motor vehicle accident that allegedly occurred on or about October 16, 2010 in Iberville Parish, Louisiana. Plaintiff, Brett Lang, alleges that, while he was attempting to maneuver around a disabled vehicle in the road, Greyhound collided into the back of him, causing him to strike the disabled vehicle. (See Plaintiff's Petition attached hereto as Exhibit 1 at paragraph II.)

II.

On April 15, 2011, Plaintiff filed suit in 18th Judicial District Court for the Parish of Iberville, State of Louisiana, alleging that he is a resident of Lafayette Parish, State of Louisiana. (See Exhibit 1.)

III.

Plaintiff contends that Greyhound was negligent and caused plaintiff's injuries in that Greyhound followed too close; failed to see what should have been seen; failed to maintain a proper look out; and failed to maintain proper control of its vehicle. (See Exhibit 1 at paragraph III).

IV.

On April 29, 2011, Plaintiff filed his First Supplemental and Amending Petition for Damages alleging that his damages amount to less than $75,000.00. Undersigned counsel relied on Plaintiff's allegation that the amount in controversy was not present for removal at that time. (See Plaintiff's First Supplemental and Amending Petition for Damages attached hereto as Exhibit 2 paragraph VII.)

V.

On October 19, 2011, Plaintiff's counsel sent a letter to Greyhound advising that Plaintiff, Brett Lang, will undergo a two-level cervical fusion and diskectomy surgery. Counsel offered settlement of the above-entitled matter for the total amount of $143,547.34, including $13,547.34 in special damages and $130,000.00 in general damages.

VI.

Based upon the potential general damage award and medical expenses associated with a surgery to Plaintiff's cervical spine, the requisite amount in controversy is present in this matter. Plaintiff's recent settlement demand letter supports that Plaintiff's case in controversy exceeds $75,000.00, despite Plaintiff's prior allegations that his damages did not exceed $75,000.00.

VII.

Additionally, this matter is subject to removal in that complete diversity exists between the Plaintiff, Brett Lang, and Defendants, Greyhound Lines, Inc. and Donald W. Fleming. Greyhound Lines, Inc. is incorporated in the State of Delaware with its principal place of business in the State of Texas. Donald W. Fleming is domiciled in the State of Texas.

VIII.

Further, diversity exists between Plaintiff, Brett Lang, and Co-defendants, Eugene Burleigh, III and Progressive County Mutual Insurance Company. Progressive County Mutual Insurance Company is a foreign insurer, and Eugene Burleigh, III is domiciled in the State of Texas.

IX.

Co-defendants, Eugene Burleigh, III and Progressive County Mutual Insurance Company, consented to the removal of the above-entitled matter to the United States District Court for the Middle District of Louisiana. (See Co-defendants' Consent to Removal attached hereto as Exhibit 3.)

X.

Based upon the amount in controversy and the diversity of citizenship between the parties, the matter in dispute states a claim pursuant to diversity of which the district courts of the United States have original jurisdiction as specified by 28 U.S.C. 1332.

XI.

Greyhound files this Complaint for Removal, duly verified, in this Court within thirty (30) days after receipt of written documentation that the requisite amount in controversy is present pursuant to 28 U.S.C. 1446(b).

XII.

Greyhound has good and sufficient defenses to plaintiff's claims for relief and disputes all rights to the relief prayed for in the plaintiff's Petition.

WHEREFORE, defendants, Greyhound Lines, Inc. and Donald W. Fleming, prays for removal of the above and entitled cause from the docket of the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, to the docket of the United States District Court for the Middle District of Louisiana, Lafayette Division.

Respectfully submitted;

TAYLOR, WELLONS, POLITZ & DUHE, APLC

_____
Paul J. Politz (#19741)
D. Scott Rainwater (#30683)
J. David Harpole, III (#33174)
7924 Wrenwood Blvd., Suite C
Baton Rouge, LA  70809
Telephone (225) 387-9888
Facsimile (225) 387-9886
COUNSEL FOR GREYHOUND LINES, INC.
AND DONALD W. FLEMING

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )   Hand Delivery            ( )   Prepaid U.S. Mail
( )   Facsimile                ( )   Federal Express
(✓)  Electronic Mail

Baton Rouge, Louisiana this 15th day of November, 2011.

                                          TAYLOR, WELLONS, POLITZ & DUHE, APLC

# **AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

I, D. Scott Rainwater, being duly sworn, on oath depose that I am the attorney for defendants, Greyhound Lines Inc. and Donald W. Fleming, and that I have prepared and read the foregoing Complaint for Removal and know the contents thereof and that the matters and things herein mentioned are true to the best of my knowledge, information and belief.

_____
D. SCOTT RAINWATER

SWORN TO AND SUBSCRIBED

BEFORE ME, NOTARY, THIS 14

DAY OF November, 2011.

_____
NOTARY PUBLIC
NAME: Sammie M. Henry
NOTARIAL NUMBER: 52241